FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JUN 28 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.: SACR12-132 CJC |
|---|---|---|
| Plaintiff, | ) | ORDER OF DETENTION AFTER HEARING |
| vs. | ) | |
| MELISSA LEIGH JONES, | ) | |
| Defendant. | ) | |

The defendant having been arrested in this District pursuant to a petition charging the defendant with violating the terms of her pretrial release and corresponding warrant previously issued by District Judge <u>Cormac J. Carney</u>, and the Court having conducted a detention hearing, the Court finds there is clear and convincing evidence proffered by the Government, which the defendant has not refuted, that the defendant violated conditions of release identified in the petition, that the defendant poses both a danger and flight risk, and that the defendant is unlikely to abide by any condition or combination of conditions of release. Accordingly, the defendant is detained pending further revocation proceedings before Judge Carney.

Dated: June 28, 2013

/s/  Arthur Nakazato
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE